1044

[No. 27190-3-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
EDWARD DONALDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03969-9, Robert E. Dixon, J., entered
October 26, 1990. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Webster, A.C.J., and Baker, J.

[No. 11481-3-III.   Division Three.   July 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
WAYNE HOFFMAN III, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 85-1-00559-8, Robert D. Austin, J.,
entered March 11, 1991. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Sweeney and Webster, JJ.
Now published at 67 Wn. App. 132.

[No. 10920-8-III.   Division Three.   July 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Aso-
tin County, No. 90-1-00015-8, John M. Lyden, J., entered
June 1, 1990. *Affirmed* by unpublished opinion per Mun-
son, J., concurred in by Thompson, A.C.J., and Sweeney,
J.

[No. 11045-1-III.   Division Three.   July 21, 1992.]

LYNETTE M. WILSON, *Plaintiff*, v. THE CITY OF SPOKANE,
*Appellant*, DANIEL R. EICHELBERG, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 89-2-00769-4, William J. Grant, J.,
entered August 3, 1990. *Reversed* by unpublished opinion
per Munson, J., concurred in by Sweeney and Webster, JJ.